# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

In the Interest of J.B., Jr., a child.

J.B., Sr.,
Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1490

—————————————————

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Morgan Lyle Weinstein, Defending Best Interests Project, Twig, Trade & Tribunal, PLLC, Fort Lauderdale; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.